3                    1822
Supreme Court

*Warren Howard*
*vs*
*William Brown &*
*Abraham Edwards*
*County Commissioners*

Returned & filed
in open Court 3rd
Oct 1823
JER. V R TEN EYCK
D<sup>y</sup> Clerk

Hunt & Witherell
Att<sup>s</sup> for Howard

TERRITORY OF MICHIGAN,  } ss.    THE UNITED STATES *of America,*
    SUPREME COURT  }            *To William Brown and Abraham*
[SEAL]          *Edwards, County Commissioners, for the County of Wayne,*
            *in Said Territory.*

You are hereby commanded, that you pay or cause to be paid to Warren Howard the sum of two hundred and seventy five dollars, out of the County Treasury of the County of Wayne, in obedience to the requisition of an act of the Legislature of said Territory, entitled "An Act for the relief of Warren Howard" made, adopted and published at Detroit on the first day of May, one thousand Eight hundred and twenty, or shew good and sufficient Cause for neglecting and refusing so to do: And of this writ make due return to our Supreme Court, at Detroit, on the third monday of September next. Witness Augustus B. Woodward, Presiding Judge of our said Supreme Court, on the tenth day of October, one thouand Eight hundred and twenty one.                    MELVIN DORR

Hunt & Witherell Att<sup>s</sup> for Howard.                        Clerk

*To the Supreme Court of the Ter<sup>y</sup> of Michigan now in Session* —
The demand of Warren Howard has been adjusted, and
of course the within writ Complied with —

Oct<sup>r</sup> 2<sup>d</sup> 1823 }

A. EDWARDS
One of the Comiss<sup>s</sup> W. County